THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILL SPENCER CHAVIS | § | CASE NO. 18-40250-R |
| XXX-XX-6120 | § | |
| 2580 COLLIN MCKINNEY PARKWAY | § | CHAPTER 13 |
| MCKINNEY, TX 75070 | § | |
| | § | |
| ROSE MARIE CHAVIS | § | |
| XXX-XX-3102 | § | |
| | § | |
| DEBTORS | § | |

### TRUSTEE'S REPORT FOR CONFIRMATION AND WITNESS AND EXHIBIT LIST

**TRUSTEE'S REPORT FOR CONFIRMATION**

Attorney for Debtors: LEINART LAW FIRM          Trustee: CAREY D. EBERT

Plan filed on: February 19, 2018

Confirmation Hearing: May 16, 2018

Applicable Committment Period: 36

I.  Budget Information

    A. Monthly income:

| | | |
|---|---|---:|
| Debtor | $ | 0.00 |
| Joint Debtor | $ | 0.00 |
| Other | $ | 4,063.00 |
| Total | $ | 4,063.00 |
| Expenses | $ | 3,607.78 |
| Difference | $ | 455.22 |

    B. Monthly plan payments                                                                                                    *

|  | $450.00 for 60 months = | $ | 27,000.00 |

II. Analysis of Plan
    A. Monthly plan payment     *
    B. Plan duration in months     60
    C. Total to be paid into plan     $ 27,000.00
    D. Administrative allowance (10% of total to be paid into plan)     $ 2,700.00
    E. Net available to creditors     $ 24,300.00

The Plan proposes the following treatment of the listed claims:

| Creditor | Proposed Principal Amount | Rate | Term | Monthly Payment | Total |
|---|---|---|---|---|---|
| **TREATMENT OF SECURED CLAIMS:** | | | | | |
| **Section 3.1 - Post Petition Home Mortgage Claims** | | | | | |
| FRANKLIN CREDIT MNGMNT | $0.00 | 0.00 | | $187.00 | $0.00 |
|    RENTAL PROPERTY (Debtor is disbursing agent) | | | | | |
| OCWEN LOAN SERVICING | $0.00 | 0.00 | | $1,032.00 | $0.00 |
|    RENTAL PROPERTY (Debtor is disbursing agent) | | | | | |
| DALLAS COUNTY TAX ASSESSOR/COl | $0.00 | 0.00 | | $0.00 | $0.00 |
|    PROPERTY TAX LIEN (Debtor is disbursing agent) | | | | | |
| **Section 3.2 - Cure Claims** | | | | | |
| FRANKLIN CREDIT MNGMNT | $7,850.00 | 0.00 | 1-60 | $0.00 | $7,850.00 |
|    MORTGAGE ARREARS | | | | | |
| OCWEN LOAN SERVICING | $7,200.00 | 0.00 | 1-60 | $0.00 | $7,200.00 |
|    MORTGAGE ARREARS | | | | | |
| **Section 3.4 - Secured Claims Subject to §506 Bifurcation** | | | | | |
| CONN'S HOMEPLUS | $583.00 | 0.00 | 1-60 | $0.00 | $583.00 |
|    CLOTHES DRYER | | | | | |
| CONN'S HOMEPLUS | $572.50 | 0.00 | 1-60 | $0.00 | $572.50 |
|    REFRIGERATOR | | | | | |
| PREMIER FINANCIAL | $1,000.00 | 5.00 | 1-60 | $0.00 | $1,131.77 |
|    2000 HONDA CRV | | | | | |
| PREMIER FINANCIAL | $1,801.00 | 5.00 | 1-60 | $0.00 | $2,038.43 |
|    2007 MITSUBISHI ECLIPSE | | | | | |
| PREMIER FINANCIAL | $0.00 | 0.00 | | $15.00 | $0.00 |
|    2000 HONDA CRV ** AP | | | | | |
| PREMIER FINANCIAL | $0.00 | 0.00 | | $27.02 | $0.00 |
|    2007 MITSUBISHI ECLIPSE ** AP | | | | | |

**TOTAL PAID TO SECURED CLAIMS:**     $ 19,375.70

**TREATMENT OF ADMINISTRATIVE EXPENSES, DSO CLAIMS AND OTHER PRIORITY CLAIMS:**

### Section 4.3 - Attorney Fees:

| | | | | |
|---|---|---|---|---|
| LEINART LAW FIRM<br>   DEBTOR ATTORNEY | $4,000.00 | 0.00 | $0.00 | $4,000.00 |

**TOTAL PAID TO PRIORITY AND SPECIALLY CLASSIFIED UNSECURED CLAIMS:**   $ 4,000.00

**TREATMENT OF NONPRIORITY UNSECURED CLAIMS:**

### Section 6.1 - Executory Contracts and Unexpired Leases

| | | | | |
|---|---|---|---|---|
| ADVANTAGE STORAGE MCKINNEY R<br>   LEASE (Assume lease) | $0.00 | 0.00 | $0.00 | $0.00 |
| ORION MCKINNEY<br>   LEASE (Assume lease) | $0.00 | 0.00 | $0.00 | $0.00 |

### Section 5.2 - General Unsecured Claims

Allowed nonpriority unsecured claims shall comprise a single class of creditors and will be paid:

☑ 100% + interest
☐ 100% + interest with no future modifications to treatment under this section
☐ Pro Rata Share of all funds remaining after payment of all secured, priority, and specially classified unsecured claims.

| | |
|---|---|
| Debtor Non Exempt Property | $0.00 |
| Trustee Asserted Non Exempt Property | $0.00 |
| **TOTAL PAID TO PRIORITY, SPECIALLY CLASSIFIED UNSECURED AND SECURED CLAIMS:** | **$23,375.70** |
| **AMOUNT AVAILABLE TO UNSECURED CLAIMS:** | **$924.30** |
| **PROJECTED DISPOSABLE INCOME AMOUNT UNDER 11 USC §1325(b):** | **$0.00** |

The Trustee objects to confirmation on the following grounds:

- It does not appear that the Debtors have dedicated all projected disposable income to the proposed plan as required by 11 USC §1325(b)(1)(B). Trustee is unable to determine disposable income at this time.
- The Debtors have not tendered to the Chapter 13 Trustee the following documents:
  - Tax returns for the following year(s): 2017
  - Reports of Receipts and Disbursements for February 2018 forward (Tax Services).
  - Current declaration regarding status of post-petition obligations. (TXEB Local Form 3015-c)
  - Correct method of payment in 2.3 of order.
  - Proof of rental income.
- The Trustee objects to Section 3.10 because Debtor has failed to provide proof of service upon the affected claimant in compliance with the requirements under Bankruptcy Rule 7004.

## WITNESS AND EXHIBIT LIST

The Trustee reserves the right to call as a witness any or all of the following listed persons in relation to confirmation:

1. Carey D. Ebert, Chapter 13 Trustee
3. Debtors
4. Any witness designated by other party

The Trustee reserves the right to introduce into evidence any or all of the following:

1. Copy of the Trustee's Confirmation Report, Witness and Exhibit List
2. Copies of any schedules or pleadings as filed herein by the Debtors or any other party
3. Copies of any Proof of Claim as filed herein by any creditor or other party
4. Copies of any Chapter 13 Plan and amendments thereof filed herein by the Debtors
5. Copy of the latest computer printout from the Trustee's office representing the Chapter 13 Plan payments received by the Trustee from the Debtors
6. If the Debtors are self-employed, the Debtors' monthly operating reports or profit and loss statements provided to the Trustee
7. Copies of the Debtors' prior years' tax returns as provided to the Trustee
8. Copy of Required Amendments sheet from the §341 Meeting of Creditors
9. Copy of any other document produced by the Debtors at the §341 Meeting of Creditors, or subsequently produced by the Debtors to the Trustee
10. Copy of the current issue of the Dallas/Fort Worth Metroplex Apartment Guide and/or copies of current reports from www.apartmentratings.com
11. Reports from news media sources for the DFW Metroplex

Copies of these exhibits will be provided by the Trustee upon request by any party.

                    Respectfully submitted,

/s/ Carey D. Ebert
Carey D. Ebert, TBN 05332500
Office of the Standing Chapter 13 Trustee
500 North Central Expressway, Suite 350
Plano, Texas  75074
(972) 943-2580 / Fax (972) 943-8050

# CERTIFICATE OF SERVICE

  This is to certify that a true and correct copy of the foregoing Trustee's Report for Confirmation and Witness and Exhibit List has been served upon the following parties in interest on the date set forth below by either electronic service or mailing a copy of same to them via first class mail.

| | |
|---|---|
| WILL SPENCER CHAVIS<br>ROSE MARIE CHAVIS<br>2580 COLLIN MCKINNEY PARKWAY<br>MCKINNEY, TX  75070 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 |
| LEINART LAW FIRM<br>11520 N. CENTRAL EXPRESSWAY<br>SUITE 212<br>DALLAS, TX  75243-6608 | CODILIS & STAWIARSKI<br>400 N. SAM HOUSTON PARKWAY EAST<br>SUITE 900A<br>HOUSTON, TX  77060 |
| LINEBARGER GOGGAN BLAIR & SAMPSON<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX  75207 | JENNIFER R. BERGH, ESQ.<br>LAW OFFICES OF MICHELLE GHIDOTTI<br>1920 OLD TUSTIN AVE<br>SANTA ANA, CA  92705 |

Dated:  <u>April 10, 2018</u>               /s/ Carey D. Ebert
                       Office of the Standing Chapter 13 Trustee