Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| WILL SPENCER CHAVIS | § | CASE NO. 18-40250-btr-13 |
| ROSE MARIE CHAVIS | § | |
|     Debtors | § | CHAPTER 13 |

### NOTICE OF HEARING ON DEBTORS RESCHEDULED/CONTINUED CONFIRMATION HEARING ON CHAPTER 13 PLAN

You are hereby notified that hearing will be held regarding the foregoing on 10/24/2018 at 9:30 a.m. located at the United States Bankruptcy Court, Wells Fargo Building, 660 N. Central Expwy, Ste 300B, Plano, TX 75074.

Objections to confirmation and/or values of collateral must be filed in writing with the Court not later than seven (7) days prior to the confirmation hearing.

    Respectfully Submitted,

    Leinart Law Firm
    11520 N. Central Exprwy, Ste 212
    Dallas, TX 75243-6113
    469.232.3328 Phone
    214.221.1755 Fax

    By: /s/ Marcus Leinart
    Marcus Leinart
    State Bar No. 00794156
    ATTORNEY FOR DEBTORS

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2018, I did serve a true and correct copy of the foregoing to the following interested parties, and to those parties on the attached mailing list, by

United States Mail, First Class;

Will Spencer Chavis and Rose Marie Chavis  
2580 Collin McKinney Pkwy. Apt 2508  
McKinney, TX 75070

Office of the Standing Chapter 13 Trustee - Via ECF  
500 N. Central Expressway, Suite 350  
Plano, TX 75074

United States Trustee  
110 N. College Avenue, Room 300  
Tyler, TX 75702

                                                         /s/ Marcus Leinart  
                                                         Marcus Leinart  
                                                         Attorney for Debtors